___ FILED   ___ RECEIVED
___ ENTERED ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

JUL - 3 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-CR-113-JCM-GWF |
| Plaintiff, | |
| vs. | |
| DESHAUN A. CARR | |
| Defendant. | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#42), sentencing having been imposed on December 28, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WELLS FARGO BANK
Amount of Restitution: $110,897.00

**Total Amount of Restitution ordered:** $110,897.00\*\*
Joint and several with co-defendant Christian O. Whittman

Dated this ____ day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE